UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOUTHERN MARSH COLLECTION, LLC

VERSUS

THE SOUTHERN PROPER COMPANY,
LLC d/b/a SOUTHERN PROPER

CIVIL ACTION

24-317-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated February 18, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is DENIED and this matter is referred back to the Magistrate Judge for entry of a scheduling order.

Signed in Baton Rouge, Louisiana, on this 17 day of March, 2025.

*Shelly Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 68.
[3] Rec. Doc. 13.